Arthur Kruggel, trading as Arthur Kruggel & Company, appellee, v. Ellen Hancock, appellant. Gen. No. 24,775.

Action for services in sale of property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M.

Fisher, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Landon & Holt, for appellant; John B. Fruchtl, of counsel. Ela, Grover & March, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.